**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: August 10, 2012
Court Reporter: Janet Coppock                Time: 44 minutes
Probation Officer: Patrick Lynch             Interpreter: Susanna Cahill

**CASE NO. 11-CR-00145-PAB-03**

Parties                                      Counsel

**UNITED STATES OF AMERICA,**                Zachary Phillips

       Plaintiff,

vs.

**3. YAIR HERNANDEZ-HINOJOSA,**              Philip Ogden

       Defendant.

**SENTENCING**

**10:03 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00145-PAB-03
August 10, 2012

Comments by Mr. Phillips in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Comments by Mr. Ogden.

Mr. Ogden addresses sentencing.

Mr. Phillips addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc # 207) is **GRANTED.**

Defendant entered his plea on **April 6, 2012** to count **Four of the First Superseding Indictment.**

**ORDERED:**  Plea agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **2** years.

**ORDERED: Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
11-CR-00145-PAB-03
August 10, 2012

**ORDERED:** **Special Condition** of Probation are that:
(**X**)   If the defendant is deported, he shall not re-enter the United States illegally. If the defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Counts of the First Superseding Indictment is (Doc #206) **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**10:47 a.m.   COURT IN RECESS**

**Total in court time:        44 minutes**

**Hearing concluded**